IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **GRACE ABRANTES,** | : Civil No. 1:23-CV-01324 |
| **Plaintiff,** | : |
| v. | : |
| **COLLEEN SMITH, COMMONWEALTH OF PENNSYLVANIA DHS REGIONAL PROGRAM REPRESENTATIVE, et al.,** | : |
| **Defendants.** | : Judge Sylvia H. Rambo |

# O R D E R

**AND NOW**, this 28th day of August, 2024, upon consideration of Defendants' motions to dismiss (Docs. 17, 19) for failure to state a claim pursuant to Federal Rule of Civil of Procedure 12(b)(6), and in accordance with the accompanying memorandum, **IT IS HEREBY ORDERED** as follows:

1. COUNT I is **DISMISSED with prejudice** insofar as it alleges Plaintiff's children were taken and her name placed on the ChildLine Registry without a pre-deprivation hearing. Insofar as Plaintiff alleges reputational damage stemming from Defendants contacting her employers and the agency licensing her prospective youth residential facility, Count I is **DISMISSED without prejudice**. The County Defendant's motion is otherwise **DENIED** with respect to Plaintiff's allegations regarding the coercive agreement noted in the amended complaint and Smith's motion is otherwise **GRANTED** with respect to the same allegations;

2. COUNT II is **DISMISSED with prejudice** in its entirety as to Smith, and as to the County Defendants it is **DISMISSED with prejudice** except for the allegations regarding the denial of notice and hearing;

3. COUNT III is **DISMISSED with prejudice**;

4. COUNT IV is **DISMISSED without prejudice** as to the County Defendants and **with prejudice** as to Smith; and

5. Plaintiff is granted leave to amend within thirty days of the date of this order all counts not dismissed with prejudice.

**IT IS SO ORDERED.**

/s/ Sylvia H. Rambo
SYLVIA H. RAMBO
United States District Judge
